894 A.2d 668

IN THE MATTER OF LINDA M. SERRANO AN ATTORNEY AT LAW (ATTORNEY NO. 014771992).

April 6, 2006.

## ORDER

**LINDA M. SERRANO of UNION**, who was admitted to the bar of this State in 1992, having pleaded guilty in the United States District Court for the District of New Jersey to a federal information charging her with making a false statement to a federal agency, in violation of 18 *U.S.C.A.* 1001 and (2), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **LINDA M. SERRANO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **LINDA M. SERRANO** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **LINDA M. SERRANO** comply with *Rule* 1:20–20 dealing with suspended attorneys.